United States District Court
Southern District of Texas
**ENTERED**
September 15, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAVID GREG GONZALES, <br> "Plaintiff", | § § § | |
| v. | § § | Civil Action No. 1:21-cv-00125 |
| WILLACY COUNTY SHERIFF'S DEPT., <br> *ET AL.*, <br> "Defendants". | § § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are these pleadings: pro se Plaintiff's "Motion of Writ of Habeas Corpus" and supporting submissions ("Motion") (Dkt. No. 1, 9, 10, 22, 23, 41) and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 43). Plaintiff is seeking to assert civil rights claims against his custodians and a habeas claim. *Id.* The Court will construe his Motion as a jointly submitted complaint brought under 42 U.S.C § 1983 ("Complaint"), and a petition brought under 28 U.S.C. § 2241 ("Petition"). The R&R addresses Plaintiff's Petition only.[1] The R&R recommends this Court (1) dismiss Plaintiff's Petition without prejudice; and (2) decline to issue a certificate of appealability.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Plaintiff's Petition (Dkt. No. 1, 9, 10, 22, 23, 41) is **DISMISSED** without prejudice. The Court declines to issue a certificate of appealability.

Signed on this 15th day of September, 2022.

Rolando Olvera
United States District Judge

---

[1] The Court will address Plaintiff's § 1983 Complaint in a separate Report and Recommendation.